UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRUSTEES OF THE SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION LOCAL
UNION NO. 28 BENEFIT FUNDS,

                      Plaintiffs,

                      **ORDER**
     -against-                    CV 10-1121(JS)(ARL)

RAYMOND MARTIN d/b/a/ RHB
INSTALLATIONS,

                      Defendant.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       The matter having been referred to the undersigned by District Judge Seybert for the purpose of issuing a report and recommendation with respect to whether a default judgment should be entered against Defendant Raymond Martin d/b/a/ RHB Installations, and to determine the appropriate amount of damages, fees, and/or costs to be awarded, the plaintiff is directed to file papers in support of its claim for damages by December 7, 2010. Those papers shall include a memorandum of law and an affidavit from a person with knowledge of the relevant facts. If the plaintiff believes that the papers submitted in support of the motion for a default judgment suffice for the purposes of the damages inquest, the plaintiff shall so inform the court in writing.

Dated: Central Islip, New York                **SO ORDERED:**
       October 26, 2010

                                                  _____/s/_____
                                                  ARLENE R. LINDSAY
                                                  United States Magistrate Judge